Jeffrey D. Hill, Petitioner/Demandant

vs.

Scott Perry, Respondent

4:CV22-560

(Expedited Disposition Requested)

## PETITION for DISQUALIFICATION from BALLOT & PUBLIC OFFICE - WRIT of QUO WARRANTO/PROHIBITION/MANDAMUS/ERROR

Pursuant to Amendment 14, Section 3 - Pa Constitution, Pennsylvania congressman Scott Perry from the 10th Congressional District of Pennsylvania (York, Dauphin, & Cumberland counties), should be barred from running for Congress in 2022 for violating his solemnly-sworn oath of public office & failing to support the Constitution of the United States having engaged in the multi-pronged effort to overturn the lawful 2020 presidential election that involved the 1-6-21 insurrection incited by Donald Trump & his loyalist cult members that included extremist Freedom Caucus member + leader Scott Perry which resulted in 140 Capitol police + Metro DC police injured + 5 killed police officers.

## AFFIDAVIT in SUPPORT

I, Jeffrey D Hill, do solemnly swear under the penalty of perjury pursuant to 28 USC §1746 + 18 PaCSA §4904 that the following statements are true + correct to the best of my knowledge + belief:

① Scott Perry has been one of Trump's most ardent supporters since 2016 + became more radical as time went by having been elected the head of the Republican House extremist Freedom Caucus (aka Treason Caucus) in 2020.

② Scott Perry objected to the ratification of certified electoral votes of the 2020 presidential election after 1-6-21 insurrection voting against certification.

③ Perry voted against awarding medals to the Capitol + DC Metro police who defended Congress people from violent insurrectionists on 1-6-21 risking their lives that resulted in 140 cops injured + 5 cops dead.


③ Scott Perry refused to cooperate with the 1-6-21 committee investigating the violent insurrection at the Capitol that resulted in injuries to 140 Capitol + DC Metro police + deaths of 5 of them freely choosing to not appear + give testimony or provide requested documents — he was the 1st congress person asked to provide information on the 1-6-21 insurrection but refused.

④ Perry communicated with Trump's chief of staff Mark Meadows on the Signal encrypted messaging app about overturning the 2020 presidential election + won't answer 1-6-21 committee questions about it.

⑤ Perry falsely claims the 1-6-21 committee is illegitimate as an excuse for refusing to give testimony or provide documents.

⑥ Perry strategized + participated with Trump + his minions in numerous schemes to illegally overturn the 2020 legally certified presidential election.

⑦ He voted against impeaching Trump twice siding with Putin over Zelensky + Mueller + our own USA

⑧ He played a significant role in advising Trump on ways to subvert the 2020 presidential election, the most egregiously despicable scheme was to have acting US Atty Gen Jeffrey Rosen fired + replaced by Trump loyalist Jeffrey Clark which was unsuccessful because of the promise of mass resignations throughout the US Dept. of Justice by US Attorneys which would cause a major newsworthy scandal — this eventually produced an avalanche of calls for Perry's resignation + him being labelled as a Domestic Enemy of the US. (Perry + Clark intended to send letters to 7 battleground states starting with Georgia to overturn the 2020 presidential election results illegally by threatening criminal prosecutions of election officials + subjecting them to death threats by Trump's base supporters.)

⑨ Scott Perry was 1 of 6 congressional representatives who voted against HR7276 authorizing investigation into Russian war crimes in Ukraine to Putin's advantage.

⑩ As the chairman of the Republican House Freedom Caucus (aka Treason Caucus) Perry ludicrously lied about his willingness to work across the aisle with Biden + the Congressional Democrats for the good of the American people

(11) Scott Perry zealously supported Trump's BIG LIE long after it was discredited, + he did the same with Trump's conspiracy theories

(12) Perry wholeheartedly embraced Trump's BIG LIE litigation + still does after 60 out of 61 courts rejected his lawsuits challenging the election outcome for lack of evidence + failure to present any evidence of fraud.

(13) Perry called for delay to certify electoral college count on 1-5-21 for non-existent "irregularities, + he did so after 1-6-21 insurrection at the Capitol in DC on the House floor objecting to PA's election results.

(14) He continued to aggressively amplify Trump's BIG LIE + STOP the STEAL lie knowing Trump was lying + inciting his loyal cult followers while others close to Trump were backing off due to failure to produce any evidence of election fraud.

(15) Scott Perry enthusiastically peddled Trump's BIG LIE, STOP the STEAL lie, + other conspiracy theories that were factually baseless + misinformation + right-wing propaganda about the 2020 presidential election on social media that furthered Trump's scheme to overturn the election + overthrow the will of the voters + the democracy he solemnly swore to protect.

(16) Perry supported lies about the inaccuracy of Dominion voting machines.

(17) Perry was instrumental in spreading Trump's BIG LIE that the 2020 presidential election, a discredited lie

(18) Perry played a major role in introducing Trump to Jeffrey Clark to help Trump intimidate Georgia election officials (Sec of State Brad Raffensperger, et al) to overturn the 2020 election. (Mark Meadows + Lindsey Graham also help Trump pressure Georgia election officials to overturn the election results. Rudy Giuliani + Boris Epshteyin did too with Fake Electors + Falsified Electoral College documents.) (The 1-6-21 Committee voted to hold Asst AG Jeffrey Clark in contempt of Congress for refusing to comply with their subpoena.

(19) Perry put his political ambitions above the will of voters for months + months + months + the interests of the country selfishly + disgracefully by spreading disseminating misinformation

20) Numerous political supporters of ultraconservative extremist Pa. Congressman Scott Perry + cult members + worshippers of president Donald Trump were indicted for the violent, criminal, seditionist insurrection of 1-6-21 at the US Capitol in Washington, DC because they had been groomed by Trump + Perry almost a year in advance with lies about non-existent election fraud + a stolen election which they knew were lies.

21) Pa Attorney General Josh Shapiro warned Perry about violating Amendment 14, Section 3 - US Constitution's Disqualification Clause pertaining to his acting in concert with Trump + his BIG LIE inciting violent political insurrection to further Trump's effort to undermine the peaceful transfer of power on 1-6-21, defraud the US, subvert the legitimacy of the 2020 election, + damage representative democracy in an attempt to promote fascism. Shapiro called for Perry's resignation.

22) Pa Governor Tom Wolf called for Perry's resignation for trying to overturn the 2020 election with Trump's BIG LIE labelling Perry a disgrace for putting her personal political ambitions ahead of the will of the voters, for months, lying about the integrity of the 2020 election, + violating his solemnly-sworn oath to protect the democracy from all enemies domestic + foreign.

23) The NY Times, Washington Post, Guardian, + major television networks except Fox Noise Propaganda, OANN, + other fascist misinformation sources called for Perry's resignation, especially over the Jeffrey Clark fiasco.

<u>SPECIAL RELIEF REQUESTED</u>

Extradited Disposition due to November 2022 General Elections.

Jeffrey D Hill  *Jeffrey D Hill*
306 South Washington Street
Muncy, Pa. 17756         4-18-22

# JUDICIAL NOTICE

## Amendment 14, Section 3 - US Constitution - DISQUALIFICATION CLAUSE

"No Person SHALL be a Senator or Representative in Congress or elector of President or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, SHALL have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But congress may by a vote of two-thirds of each House, remove such Disability."

Sinclair Lewis said, "When fascism comes to America, it will be wrapped in the flag + carrying the cross."

Samuel Johnson said, "Patriotism is the Last Refuge of Scoundrels." (4-7-1775)

## Treason (18 USC § 2381)

Whoever owing allegiance to the United States, levies war against them or adheres to their enemies, giving aid + comfort within the United States or elsewhere, is guilty of treason + shall suffer death, or shall be imprisoned not less than 5 years + fined under this title but not less than $10,000; + shall be incapable of holding any office under the United States.